UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY WILLIAMSON,

        Plaintiff,                                 Case Number: 23-12154
                                                          Honorable David M. Lawson

v.

DW LEE MCROBERTS, ADW LAFAVE,
INSP. SIMMONS, CAPT. SAWYER,
LT. CURTIS, SGT. SATTERLEE,
C/O JEWETT, and HI DESNOYER.

        Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Rodney Williamson, a Michigan prisoner currently incarcerated at the Parnall Correctional Facility, filed a complaint without a lawyer's assistance alleging that certain prison officials at that Michigan Department of Corrections (MDOC) facility retaliated against him for filing a grievance complaining about prison conditions and for acting as a "Block Representative" in his housing unit.  On May 7, 2024, the Court issued an order pursuant to Eastern District of Michigan Administrative Order 18-AO-042 staying the proceedings and referring the case to Magistrate Judge Kimberly Altman for participation in the prisoner case early mediation program. The Court ordered the proceedings to be stayed for 90 days, and it further ordered that "[n]o other pleadings or papers may be filed, and the parties may not engage in formal discovery during the ninety-day stay."  Order Staying Case, ECF No. 10, PageID.82.  On May 24, 2024, the plaintiff filed a motion for leave to file an amended complaint.  That motion will be denied without prejudice to renewal by the plaintiff after the stay of proceedings is lifted.

Accordingly, it is **ORDERED** that the plaintiff's motion to amend (ECF No. 12) is **DENIED** without prejudice to renewal of the motion after the expiration of the 90-day stay of proceedings for early mediation.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   May 30, 2024