UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY WILLIAMSON,

                Plaintiff,              Case Number 23-12154
                                        Honorable David M. Lawson
v.                                 Magistrate Judge Elizabeth A. Stafford

ADW LAFAVE, CAPT. SAWYER,
LT. CURTIS, SGT. SATTERLEE,
C/O JEWETT, and HI DESNOYER.

                Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Presently before the Court is the report issued on June 8, 2025 by Magistrate Judge Elizabeth A. Stafford pursuant to 28 U.S.C. § 636(b) recommending that the Court grant in part the defendants' motion for partial summary judgment and dismiss several of the plaintiffs' claims for lack of exhaustion, but allow certain other claims to proceed. The deadline for filing objections to the report has passed, and the parties have not objected to the recommended disposition. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 38) is **ADOPTED**, and the defendants' motion for partial summary judgment (ECF No. 29) is **GRANTED IN PART**. The following claims brought by the plaintiff shall be allowed to proceed: (1) the First Amendment and Eighth Amendment claims against defendant Satterlee based on

allegations that Satterlee solicited other prisoners to harm the plaintiff, (2) the First Amendment claim that defendant LaFave retaliated against the plaintiff by placing him in segregation, and (3) the First Amendment claim that defendant Jewett retaliated against the plaintiff by threatening to issue false misconduct tickets against him.  All of the plaintiffs' other claims except those enumerated above, including all of his claims against defendants Sawyer, Curtis, and Desnoyer, are **DISMISSED** without prejudice for lack of exhaustion, and defendants Sawyer, Curtis, and Desnoyer accordingly are **DISMISSED** as parties to the case.  The defendants' motion is **DENIED** in all other respects.

It is further **ORDERED** that the referral of the matter to the assigned magistrate judge is **CONTINUED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  July 8, 2025

- 2 -