UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY WILLIAMSON,<br><br>                Plaintiff,<br><br>v.<br><br>ADW LAFAVE, *et al*.,<br><br>                Defendants. | Case No. 23-12154<br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING SECOND MOTION TO APPOINT COUNSEL WITHOUT PREJUDICE (ECF NO. 50)**

    Plaintiff Rodney Williamson moves a second time for appointment of counsel. ECF No. 50. In August 2025, the Court denied his earlier motion for appointment of counsel without prejudice, reasoning that Williamson has not shown exceptional circumstances meriting appointment of counsel during this pretrial stage. ECF No. 47. This conclusion has not changed. Thus, Williamson's second motion to appoint counsel, ECF No. 50, is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                                  s/Elizabeth A. Stafford
                                                  ELIZABETH A. STAFFORD
                                                  United States Magistrate Judge

Dated: November 12, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 12, 2025.

                                                   s/Davon Allen
                                                   DAVON ALLEN
                                                   Case Manager